# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-10349
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

October 3, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Gilberto Salvador Cortez-Garcia,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CR-328-1

---

Before Jones, Southwick, and Ho, *Circuit Judges*.

Per Curiam:[*]

Gilberto Salvador Cortez-Garcia appeals his sentence for illegal reentry into the United States after being removed, in violation of 8 U.S.C. § 1326(a) and (b)(1). He argues that 8 U.S.C. § 1326(b) is unconstitutional

---

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

because it allows a sentence above the otherwise applicable statutory maximum established by § 1326(a) based on facts that are neither alleged in the indictment nor found by a jury beyond a reasonable doubt.  However, he correctly concedes that this argument is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998), and he raises this issue merely to preserve it for further review.  *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019).  The Government has moved, without opposition, for summary affirmance, or in the alternative, for an extension of time to file a brief on the merits.

Because summary affirmance is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), the Government's motion for summary affirmance is GRANTED, the Government's alternative motion for an extension of time to file a brief is DENIED, and the district court's judgment is AFFIRMED.